November 14, 2008

Ms. Linda P. Wills
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
5847 San Felipe, Suite 2300
Houston, TX 77057

Mr. Stephen Douglas Pritchett Jr.
Beck, Redden & Secrest, L.L.P.
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010
Honorable Kenneth Price Wise
152nd District Court
201 Caroline, 11th Floor
Houston, TX 77002

RE: Case Number: 08-0192
 Court of Appeals Number: 14-08-00005-CV
 Trial Court Number: 2007-64475

Style: IN RE NEXT FINANCIAL GROUP, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The stay order issued March 28,
2008 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Theresa |
| |Chang |
| |Mr. Ed Wells |